**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA GIBSON,**

        **Plaintiff,**

**-vs-**          **Case No. 6:08-cv-996-Orl-28KRS**

**WALGREEN CO., WALGREENS MAIL SERVICE, INC.,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **TIME-SENSITIVE MOTION TO SUSPEND ALL DEADLINES AND WITHHOLD RULING ON ALL PENDING MOTIONS (Doc. No. 29)** |
| **FILED:** | **November 6, 2008** |

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES, COSTS, AND SANCTIONS (Doc. No. 27)** |
| **FILED:** | **November 3, 2008** |

    In accordance with this Court's order in the related case, *Gibson v. Walgreen Co., et al.*, No. 6:07-cv-1053-Orl-28KRS, Doc. No. 166, I respectfully recommend the Court:

    1.    **GRANT** Plaintiff's Motion, Doc. No. 29;

    2.    **STAY** the case;

3.  **DIRECT** the parties to conduct a conference pursuant to Local Rule 3.01(g) concerning the issues raised in Defendant's Motion for Entitlement to Attorney's Fees, Doc. No. 27, and file a joint status report on the case no later than June 1, 2009;

4.  **DENY WITHOUT PREJUDICE** Defendant's Motion for Entitlement to Attorney's Fees, Costs, and Sanctions, Doc. No. 27, with leave to refile after the filing of the joint status report, if necessary; and

5.  **DIRECT** the Clerk to administratively close the file until further order of the Court.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 10, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE