UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA GIBSON,

        Plaintiff,

-vs-                                      Case No.  6:08-cv-996-Orl-28KRS

WALGREEN CO., WALGREENS MAIL
SERVICE, INC.,

        Defendants.
_____

## ORDER

This case is before the Court on the Time-Sensitive Motion to Suspend All Deadlines and Withhold Ruling on all Pending Motions (Doc. No. 29) filed November 6, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted. Also before the Court is Defendant's Motion for Entitlement to Attorney's Fees, Costs, and Sanctions (Doc. No. 27) filed November 3, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 10, 2008 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Time-Sensitive Motion to Suspend All Deadlines and Withhold Ruling on all Pending Motions (Doc. No. 29) is **GRANTED**.

3. This case is stayed.

4. The parties are directed to conduct a conference pursuant to Local Rule 3.01(g) concerning the issues raised in Defendant's Motion for Entitlement to Attorney's Fees (Doc. No. 27) and file a joint status report on the case no later than June 1, 2009.

5. Defendant's Motion for Entitlement to Attorney's Fees, Costs, and Sanctions (Doc. No. 27) is **DENIED without prejudice** with leave to re-file after the filing of the joint status report, if necessary.

6. The Clerk is directed to administratively close this file until further order of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party