UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA GIBSON,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-996-Orl-28KRS

WALGREEN CO., WALGREENS MAIL
SERVICE, INC.,

    Defendants.
_____

## ORDER

This case is before the Court on Defendant Walgreen Co.'s Motion for Entitlement to Attorney's Fees, Costs and Sanctions (Doc. No. 42) and Plaintiff's Motion to Vacate Bill of Costs (Doc. No. 43), both filed June 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion for fees be denied and the motion to vacate be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 10, 2009 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion for Entitlement to Attorney's Fees, Costs and Sanctions (Doc. No. 42) is **DENIED**.

3. Plaintiff's Motion to Vacate Bill of Costs (Doc. No. 43) is **GRANTED**.

4. The Bill of Costs taxed by the Clerk of Court (Doc. No. 28) is hereby **VACATED**.

5. Defendant Walgreen Co. will be permitted to seek its attorney's fees and costs incurred in this case, in Case No. 6:07-cv-1053-Orl-28KRS, should it prevail in whole or part in that case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party